NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FRANCES WILSON and RICHARD
BAUMGART,

      Appellants,

v.                                                                      Case No. 2D17-2226

CHIQUITA TURPIN, as personal
representative of the Estate of Edward
F. Wilke,

      Appellee.
_____

Opinion filed August 29, 2018.

Appeal from the Circuit Court for Polk
County; John K. Stargel, Judge.

Caleb D. Rowland and William M. Blume
of Blume and Rowland, PLLC,
Jacksonville, for Appellants.

Kevin A. Ashley of Peterson & Myers,
P.A., Winter Haven, and Stephen R.
Senn and Philip O. Allen of Peterson &
Myers, P.A., Lakeland, for Appellee.


PER CURIAM.


      Affirmed.


NORTHCUTT, KELLY, and LUCAS, JJ., Concur.